United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NOLAN RAMIREZ BRICENO, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00074 |
| | § | |
| MIGUEL VERGARA, *et al.*,[1] | § | |
|     Respondents. | § | |
| | § | |

## ORDER

In accordance with the Court's Order, (Dkt. No. 13), Petitioner received a bond hearing and was released from custody several months ago. (Dkt. No. 15). The Court requests a status from the parties on whether final judgment should be entered as Petitioner is no longer detained.

Accordingly, the Court **ORDERS** the parties to confer and file a joint advisory **by June 22, 2026,** addressing the status of any remaining claims and stating each party's position on the entry of final judgment.

It is so **ORDERED**.

**SIGNED** on June 15, 2026.

John A. Kazen
United States District Judge

---

[1] Todd Blanche is automatically substituted for Pamela Bondi under Federal Rule of Civil Procedure 25(d). Markwayne Mullin is automatically substituted for Kristi Noem in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.